**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7310

MUHAMMAD A. AZIZ,

Plaintiff - Appellant,

versus

CENTRAL VIRGINIA REGIONAL JAIL,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (CA-04-732-7)

Submitted:  August 9, 2006          Decided:  August 31, 2006

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Muhammad A. Aziz, Appellant Pro Se.  Helen Eckert Phillips, Stanardsville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad A. Aziz appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] See Aziz v. Central Virginia Reg'l Jail, No. CA-04-732-7 (W.D. Va. filed Aug. 12, 2005; entered Aug. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]While Aziz attempted to amend his complaint to name two individual defendants in his objections to the magistrate judge's report, the purported amendment was proffered beyond the time permitted by the magistrate judge for Aziz to amend his complaint. Because the purported amendment was not considered by the district court, this court's affirmance is only as to the dismissal of Aziz's complaint against the Central Virginia Regional Jail. We accordingly have not considered the legal merit, if any, of Aziz's claims against any individuals who may have participated in the incidents that underlie Aziz's complaint.